## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PROPERTY LOCATORS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant.* | Civil Action No. 24-0379 (TSC) |

### [PROPOSED] ORDER

**UPON CONSIDERATION** of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [ECF No. 6], Plaintiff's Opposition [filed herein], and the entire record herein; It is:

**ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [ECF No. 6] is DENIED; and it is

**FURTHER ORDERED** that Defendant shall conduct an adequate search and shall release all responsive non-exempt records to Plaintiff within 30 days of the Court's Order; and it is

**FURTHER ORDERED** that the parties file a joint status report within 90 days of the Court's Order.

Date: _____

_____
Tanya S. Chutkan
United States District Court Judge